# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESUS CONTRERAS JIMENEZ,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

Case No.  1:26-cv-01621-JLT-SKO (HC)

ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT MATTHEW HIDAYAT AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER

Pursuant to the order issued on March 4, 2026, (Doc. 7), the appointing authority for the Eastern District of California has confirmed that attorney Matthew Hidayat has been appointed as counsel for Petitioner, effective as of March 11, 2026.

Accordingly, the Court HEREBY ORDERS that:

1.  The Clerk of Court SHALL update the docket to reflect Attorney Matthew Hidayat, Pacifica Law Group, APC, 801 1st St. Suite B, Benicia, CA 94510, (916) 216-7460, as counsel for Petitioner in this matter.

2.  Pursuant to 18 U.S.C. §§ 3005 and 3006A(a)(1) and (2) and (c), this District's CJA Plan, General Order 700, §§ V.A.2.b and XV.C.1.g as applied here, and the Guide to Judiciary Policy, Vol. 7A concerning CJA appointed counsel, this appointment is *pro hac vice* to the CJA Panel and to this District in this matter only; and

1

3.    The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

Dated:    **March 11, 2026**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE