**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS CONTRERAS JIMENEZ,<br>(A-Number: 090-104-497)<br><br>            Petitioner,<br><br>    v.<br><br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION CENTER,<br><br>            Respondent. | No. 1:26-cv-01621 JLT FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 11)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS AS MOOT, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Petitioner Jesus Contreras Jimenez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant Respondent's motion to dismiss the petition as moot. (Docs. 10, 11.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days. (Doc. 11.) Over 21 days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on April 30, 2026, (Doc. 11), are **ADOPTED** in full.

    2.    Respondent's motion to dismiss the petition as moot, (Doc. 10), is **GRANTED**.

    3.    The petition for writ of habeas corpus is **DISMISSED**; and

    4.    The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **May 27, 2026**

                            UNITED STATES DISTRICT JUDGE

2